Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## SOUTHERN DIVISION

| IN RE:<br>BRUCE GILBERT MCCUTCHEON<br>LISA DIANE MCCUTCHEON<br><br>Debtors | CASE NO: 11-20419<br><br>Chapter 13<br><br>JUDGE WILLIAM T. THURMAN |
|---|---|

### TRUSTEE'S MOTION TO DISMISS

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. The Debtors failed to timely file the Creditor Matrix disclosing the name, address and zip code of each party-in-interest as required by 521(a)(1)(A) and Local Rule 1007-1. Consequently, creditors did not receive notice of the 341 meeting.

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307.  If an objection is not filed by March 07, 2011 and served upon the Trustee, the clerk must enter an order dismissing the case.  Unless the Court orders otherwise, any objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing scheduled for April 07,

2011. No additional notice is required for such hearing.

DATED: 02/10/2011

                                      KRA /S/
                                      KEVIN R. ANDERSON
                                      CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on February 10, 2011:

        BRUCE GILBERT MCCUTCHEON
        LISA DIANE MCCUTCHEON
        163 MAIN STREET SOUTH
        ST. GEORGE, UT  84770

        PRO SE
        ECF Notification

                                        /s/

                                      Office of Chapter 13 Trustee