Gale K. Francis, Bar # 4213
Assistant Attorney General
Laron Lind, Bar # 8334
Assistant Attorney General
Stephen W. Lewis, Bar # 1952
Assistant Attorney General
Laron Lind, Bar # 8334
Assistant Attorney General
Attorneys for the Plaintiff
210 N 1950 W
Salt Lake City, UT  84134-7040
Telephone: 801-297-6219
            801-366-0375

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br>    BRUCE MCCUTCHEON<br>    XXX-XX-5983<br><br><br>            Debtor | Bankruptcy Case Number:  11-20419<br><br>OBJECTION TO<br>CONFIRMATION OF<br>CHAPTER 13 PLAN |

    COMES NOW, the Utah State Tax Commission and objects to confirmation of debtor's Chapter 13 plan as authorized by 11 U.S.C. Sec.1324.  This objection is made on the grounds that the plan does not comply with the provisions of Chapter 13 and has not been proposed in good faith as required by 11 U.S.C. Sec.1325 (a) (1), (3), and in failure of debtor(s) to comply with 11 U.S.C. Sec. 1322 (a) (2) to provide for the full payment of all Utah State Tax Commission tax claims entitled to priority under 11 U.S.C. Sec. 507.

    Debtor's plan specifically fails to provide for full payment of the following debt:  The debtor(s) has(have) failed to file appropriate Tax Returns for 2004, 2005, 2006, 2007, 2008, 2009 AND 2010 as requested by the Utah State Tax Commission as set forth in the interim Order.

    DATED this 15th day of February, 2011

                                                             /s/ Gale K. Francis
                                                              Assistant Attorney General