**Form 242**[Memo Re: Dism Case Fees Due]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Bruce Gilbert McCutcheon and Lisa Diane McCutcheon<br>            Debtor(s). | Case No. 11–20419 WTT<br>Chapter 13 |

## MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(a) and (b), you are required to pay a fee as follows:

Clerk's Notice of Case Filing Fees Due. Amount Due: $252.00. (clo)

    The unpaid balance for the voluntary petition and/or any other outstanding fees is still due and owing for this dismissed case. The fees should be paid in full within fourteen (14) days from the date of this notice payable to the Clerk of Court for United States Bankruptcy Court for the District of Utah at 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you are a registered e–filer with the court, unpaid fees may result in the suspension of your electronic account.

Dated: March 1, 2011

                                                        David A. Sime<br>
                                                        Clerk of Court

United States Bankruptcy Court
District of Utah

In re:
Bruce Gilbert McCutcheon
Lisa Diane McCutcheon
    Debtors

Case No. 11-20419-WTT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: clo     Page 1 of 1     Date Rcvd: Mar 02, 2011
                       Form ID: f242    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.
db/jdb     +Bruce Gilbert McCutcheon,    Lisa Diane McCutcheon,    163 Main Street South,    St. George, UT 84770-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**            **Signature:** _/s/ Joseph Speetjens_