**Form 724**[ODSM 45 Day–12/05]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Bruce Gilbert McCutcheon and Lisa Diane McCutcheon

        Debtor(s).

Case No. 11−20419 WTT
Chapter 13

## ORDER OF DISMISSAL

Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above−named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: March 1, 2011

*William J. Thurman*
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                                  District of Utah

In re:                                                        Case No. 11-20419-WTT
Bruce Gilbert McCutcheon                                      Chapter 13
Lisa Diane McCutcheon
         Debtors                     CERTIFICATE OF NOTICE
District/off: 1088-2          User: clo                 Page 1 of 1                  Date Rcvd: Mar 02, 2011
                              Form ID: f724             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
db/jdb       +Bruce Gilbert McCutcheon,    Lisa Diane McCutcheon,    163 Main Street South,
               St. George, UT 84770-3417
aty           Gale K. x6Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
               P.O. Box 140874,    Salt Lake City, UT 84114-0874
aty          +Mark S. Middlemas,    Lundberg & Associates,    3269 South Main Street,    Suite 100,
               Salt Lake City, UT 84115-3773
7512341       Intermountain Health Care, Inc.,    P.O. Box 27808,    Salt Lake City UT 84127-0808
7485908      +PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
7496995     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Elan Financial Services,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: elarsen@ch13kra.com Mar 02 2011 23:20:43      Kevin R. Anderson tr,
               405 South Main Street,    Suite 600,   Salt Lake City, UT 84111-3408
cr            EDI: UTAHTAXCOMM.COM Mar 02 2011 20:18:00      Utah State Tax Commission,    Attn Bankruptcy Unit,
               210 North 1950 West,    Salt Lake City, UT 84134-9000
7499662      +EDI: BANKAMER.COM Mar 02 2011 20:18:00      FIA Card Services, NA as successor in in,
              Bank of America NA and MBNA America Bank,     1000 Samoset Drive,   DE5-023-03-03,
              Newark, DE 19713-6000
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2011              Signature: *[signed] Joseph Speetjens*