# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

In re  LISA DIANE MCCUTCHEON    Case No. 11-20419-WTT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known):  3
Amount of Claim:  $12,888.81
Date Claim Filed:  02/15/2011

Phone: 610-644-7800                          Phone: 800-671-2115
Last Four Digits of Acct #:  3898            Last Four Digits of Acct #:  3898
Last Four of Alternate Acct #:  0877         Last Four of Alternate Acct #:  0877

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ALANE A. BECKET                    Date:  03/04/2011

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC10202

