**Form 173**[Notice of Filing of Evidence of Transfer]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Bruce Gilbert McCutcheon and Lisa Diane McCutcheon
        Debtor(s).

Case No. 11–20419 WTT
Chapter 13

NOTICE OF FILING OF EVIDENCE OF TRANSFER

    The Court has received information stating the claim that you filed has been transferred as follows:

    Clerk's Notice of Filing Evidence of Transfer Re: Transferor:FIA Card Services aka Bank of America Amount: $12,888.81 (clo)

    Pursuant to Fed. R. Bankr. P.3001 (e)(2), you have 21 days to file an objection to this transfer.

Dated: March 22, 2011

                        David A. Sime
                        Clerk of Court

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 11-20419-WTT
Bruce Gilbert McCutcheon                                                Chapter 13
Lisa Diane McCutcheon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: clo              Page 1 of 1          Date Rcvd: Mar 22, 2011
                              Form ID: f173          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.
7499662        +FIA Card Services, NA as successor in in,   Bank of America NA and MBNA America Bank,
                 1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
7566737         eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**                    **Signature:**    _Joseph Speetjens_